UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| ROBERT S., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:22-CV-00129-LEW |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ORDER ACCEPTING RECOMMENDED DECISION

On January 26, 2023, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision.  The time within which to file objections expired on February 9, 2023, and no objection was filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.  Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in her Recommended Decision.

It is therefore ORDERED that the Recommended Decision (ECF No. 14) of the Magistrate Judge is hereby AFFIRMED and ADOPTED.  The Commissioner's decision is VACATED and the case REMANDED for further proceedings.

**SO ORDERED.**

Dated this 14th day of February, 2023.

_/s/ Lance E. Walker_____
UNITED STATES DISTRICT JUDGE